UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SHU,

        Plaintiff,

    v.

NANCY HUTT, et al.,

        Defendants.

Case No. 20-cv-01402-RS

**ORDER TERMINATING CASE**

On June 1, 2020, the complaint herein was dismissed for failure to allege sufficient facts to state a claim and to establish federal jurisdiction. Plaintiff was given leave to amend. In lieu of doing so, plaintiff has filed a motion requesting that he be "allowed to withdraw the complaint entirely without prejudice." Because plaintiff has a right to dismiss the action without prejudice pursuant to Rule 41(a)(1) merely by giving notice, his motion will be construed as such a notice. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: June 8, 2020

RICHARD SEEBORG
United States District Judge